Thomas v. Genova Harry Kuttner Christopher Kendrick